IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00187-1-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SERGIO ORONA, a/k/a "Erik Christian Ornelas," a/k/a "Erik Cristian Ornelas,"

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

THAT the United States filed its Bill of Particulars giving notice that the United States was seeking forfeiture of a 2000 Cadillac Escalade, VIN 1GYEK63R8YR172310;

THAT the United States and Defendant Sergio Orona entered into a Plea Agreement and Statement of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. §853, 18 U.S.C. §982 and Fed.R.Crim.P. 32.2;

THAT forfeiture was included in the Superseding Indictment, notice of the Government's intent to seek forfeiture of the subject Cadillac was included in the Bill of Particulars, and defendant Sergio Orona has entered into Plea Agreement agreeing to forfeiture of the Cadillac;

THAT prior to the disposition of the assets, the United States Marshals Service, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. §853(n); and, that,

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

THAT the defendant's, SERGIO ORONA, interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §853, 18 U.S.C. §982 and Fed.R.Crim.P. 32.2:

    a. 2000 Cadillac Escalade, VIN 1GYEK63R8YR172310;

THAT the United States Marshals Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States Marshals Service, or its designated sub-custodian, shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. §853(n) in a newspaper of general circulation in Denver, Colorado for four consecutive weeks, and make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §853(n), in which all interests will be addressed.

SO ORDERED this   2nd   day of   February  , 2006.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Chief Judge
United States District Court
District of Colorado