**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cr-00187-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     SERGIO ORONA,
        a/k/a "Erik Christian Ornelas,"
        a/k/a "Erik Cristain Ornelas,"

        Defendant.

_____

**ORDER**
_____

On January 19, 2006, Defendant, by counsel, filed his Motion for Reconsideration of Sentence (Doc 748-1).

On October 20, 2005, Defendant was sentenced to a term of 12 years imprisonment in accordance with the parties plea agreement pursuant to Fed.R.Crim.P. 11(c)(1)(C). The Court recommended to the Bureau of Prisons placement in an appropriate medical facility of the Bureau of Prisons.  As a result of the Bureau of Prisons classification process, Defendant remained confined at the Denver County Jail until he was transported by the United States Marshal's Service to the United States Medical Center for Prisons at Springfield, Missouri, on February 28, 2006.

Defendant is succinct in stating the basis for his motion: "That because this Honorable Court is without jurisdiction to Order the U.S. Bureau of Prisons to acquire the

Defendant for purposes of him serving his sentence, the Defendant's only recourse is to seek a reduction of his sentence from 12 years to 10 years on the ground that his imprisonment in the Denver County Jail is substantially more 'punishing' than confinement in a facility of the U.S. Bureau of Prisons."

This Court will also be succinct. Imposition of sentence is a judicial function. Carrying out the sentence is an executive function. Defendant's argument conflates the two governmental functions contrary to the doctrine of separation of powers. Finally, the sentence imposed was and continues to be appropriate and reasonable within 18 U.S.C. § 3553(a).

IT IS THEREFORE ORDERED that the Motion for Reconsideration of Sentence is DENIED.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Chief Judge
United States District Court

DATED: March 13, 2006